IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW CANTOR, et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LIBERTY MUTUAL INSURANCE COMPANY** | : | **No. 11-4177** |

### O R D E R

**AND NOW, this** 8th day of AUGUST, 2011, **IT IS ORDERED** that the Rule 16 Conference scheduled for August 11, at 4:00 p.m. is canceled and rescheduled for **Wednesday, August 10, 2011** at **3:30 p.m..**  The conference will be held in Chambers, Room 7613 on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.

ATTEST
BY:                                                          or            BY THE COURT

         s/Marie O'Donnell
_____                    _____
Civil Deputy/Secretary                                              Anita B. Brody,         J.

COPIES VIA ECF ON         TO:         COPIES MAILED ON         TO: